# UNITED STATES DISTRICT COURT
## for the
### Central District of Illinois

**Jason Coca,**

   **Plaintiff,**

   vs.           Case Number: 23-cv-1433

**Prewett Enterprises Inc.**
*d/b/a B&P Enterprises,*

   **Defendant.**

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff Jason Coca's action against Defendant Prewett Enterprises Inc is dismissed. Plaintiff shall recover nothing on his claims against Defendant.

**Dated: 12/9/2025**

                  s/ Shig Yasunaga
                  Shig Yasunaga
                  Clerk, U.S. District Court

Approved: s/ Sue E. Myerscough
       Sue E. Myerscough
       U.S. District Judge